EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>Rafael E. Meléndez González | 2015 TSPR 62<br><br>193 DPR ____ |
|---|---|

Número del Caso: TS-7878


Fecha: 20 de mayo de 2015


Abogado de la Parte Peticionaria:

      Por derecho Propio

Oficina de la Procuradora General:

      Lcda. Karla Z. Pacheco Alvarez
      Subprocuradora General

      Lcda. Minnie H. Rodríguez
      Procuradora General


Materia: Reinstalación al ejercicio de la abogacía y la notaría.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

IN RE:

RAFAEL E. MELÉNDEZ
GONZÁLEZ

Núm.: **TS-7878**

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 20 de mayo de 2015.

Atendida la "Moción para Solicitar la Reinstalación como Abogado y Notario", así como el "Escrito Suplementario en Cumplimiento de Resolución" presentado por la Procuradora General, se ordena la reinstalación del Lcdo. Rafael E. Meléndez González. Además, se ordena el archivo de las quejas AB-2004-258, AB-2005-18 y AB-2005-62, así como las quejas presentadas por el Sr. Jaime J. Silva y la Sra. Amalia Colón Rivera en el año 2005 ante el Colegio de Abogados y Abogadas.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez hace constar la siguiente expresión:

La Juez Rodríguez Rodríguez está conforme con proveer ha lugar a la reinstalación del Sr. Rafael E. Meléndez González. No obstante, no ordenaría el archivo de las quejas presentadas en su contra ante el Colegio de Abogados y Abogadas, el 22 de mayo de 2005 y el 9 de diciembre de 2005, hasta tanto las partes quejosas tuviesen la oportunidad de expresarse sobre éstas.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo